IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY G. HAMPTON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>CARRILLO, et al.,<br><br>Defendants. | No. 2:24-cv-2504-DJC-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file a first amended complaint. See ECF No. 10. Also before the Court is Plaintiff's first amended complaint. See ECF No. 12.

The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B). In all other situations, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. See Fed. R. Civ. P. 15(a)(2). Here, no responsive pleading or Rule 12 motion has been filed, leave of court is not required and Plaintiff's first amended complaint was properly

filed as of right.  The Court will, therefore, deny Plaintiff's motion for an extension of time as unnecessary.  The sufficiency of Plaintiff's first amended complaint and service thereof will be addressed by separate order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for an extension of time to file a first amended complaint, ECF No. 10, is denied as unnecessary.

**Dated:  February 21, 2025**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2