**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY G. HAMPTON, JR., | No.  2:24-CV-2504-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| CARILLO, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are: (1) Plaintiff's motion for leave to amend, see ECF No. 25; and (2) Plaintiff's motions for an extension of time to file a first amended complaint, see ECF Nos. 26 and 27.

Plaintiff initiated this action with a pro se complaint filed in Hampton v. Alkire, et al., 2:22-cv-1418-DJC-DMC-P (Hampton I), naming the following as defendants: (1) Alkire; (2) Carillo; (3) Spearman; and (4) Sylva. See ECF No. 1 in Hampton I.  Plaintiff presented two claims for relief. See id. Defendants responded to the complaint by way of a motion to dismiss arguing that Plaintiff's first claim for relief should be dismissed for failure to allege a physical injury as required under 42 U.S.C. § 1997e(e) and that Plaintiff's second claim is misjoined and should be severed. See ECF No. 21 in Hampton I. The motion was ultimately granted by the District Judge. See ECF No. 41 in Hampton I. As a result of the District Judge's order, this action

1

was opened and proceeds on Plaintiff's second claim against Defendants Carillo and Spearman.

Plaintiff then filed a first amended complaint in this action naming the following as Defendants: (1) Carillo; (2) Alkire; (3) Sylva; and (4) Hicks. See ECF No. 12. Hicks is named as defendants for the first time in this amended pleading.  Plaintiff does not name Spearman as a defendant in the first amended complaint. See id.  On February 5, 2026, the Court issued an order striking the first amended complaint as an improper amended complaint filed absent prior leave of court or stipulation.  See ECF No. 24.  Plaintiff was directed to re-file his first amended complaint as to his original claims against Defendants Carillo and Spearman only.  See id.

Because the Court has already directed Plaintiff to file a first amended complaint, Plaintiff's current motion for leave to amend will be denied as unnecessary.  For good cause shown by Plaintiff's declaration indicating the need for additional time to file a first amended complaint due to temporary lack of access to his legal materials following a prison transfer, Plaintiff's motions for an extension of time will be granted.

Accordingly, IT IS HEREBY ORDERED as follows:

1.    Plaintiff's motion for leave to amend, ECF No. 25, is denied as unnecessary.

2.    Plaintiff's motions for an extension of time, ECF Nos. 26 and 27, are granted.

3.    Plaintiff shall file a first amended complaint within 30 days of the date of this order.

Dated:  April 9, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2